UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENN-STAR INSURANCE COMPAN.,<br><br>Plaintiff,<br><br>-against-<br><br>MULBERRY & VINE, LLC, and BAUERNYC, LLC,<br><br>Defendants. | 1:25-cv-00167<br><br>**ORDER TO SHOW CAUSE** |

**ANDREW L. CARTER, JR., United States District Judge:**

On January 8, 2025, Plaintiff Penn Star Insurance Company ("Plaintiff") filed a complaint against Defendants BauerNYC LLC and Mulberry & Vine LLC ("Defendants"). ECF No. 1. Defendants were served on January 27, 2025. *See* ECF Nos. 15, 16. Defendants have not answered or otherwise responded to the Complaint. On June 15, 2026, having obtained a clerk's certificate of default, Plaintiff filed a Motion for Default Judgment against Defendant. ECF No. 28.

The Court issued an Order to Show Cause on July 27, 2026, directing Defendants BauerNYC LLC and Mulberry & Vine LLC, to show cause in writing why default judgement for failure to move or otherwise answer should not be entered, pursuant to Federal Rule of Civil Procedure 55. *See* ECF No. 29. The Order warned Defendants that failure to respond may be grounds for the Court granting default judgment against them, but they did not respond to the Court's Order.

Accordingly, having considered the Complaint, the Motion for Default Judgment, the Summons previously filed in this action, and the Affidavits of Service thereof, if it hereby **ORDERED** that judgment be entered for the Plaintiff and against Defendants BauerNYC LLC and Mulberry & Vine LLC, jointly and severally, in the amount of **$149,672.52**. Interest shall

flow from the date of this judgement until payment is made in full.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 28 and close this case.

**SO ORDERED.**

**Dated:** October 13, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**