**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PENN-STAR INSURANCE COMPANY.,

Plaintiff,

-against-

MULBERRY & VINE, LLC, and BAUERNYC, LLC,

Defendants.

-----------------------------------------------------------------X

25 **CIVIL** 00167 (ALC)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order To Show Cause dated October 13, 2026, that judgment is entered for the Plaintiff and against Defendants Bauer NYC LLC and Mulberry & Vine LLC, jointly and severally, in the amount of $149,672.52. Interest shall flow from the date of this judgement until payment is made in full; accordingly, the case is closed.

**DATED**: New York, New York
October 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**